WILLIAM P. ZWINGE et al., Appellants, *v.* CITY OF NEW YORK et al., Respondents, Impleaded with Others.

Argued January 18, 1939; decided February 21, 1939.

*T. Bernard Eisenstein* and *Samuel Hershenstein* for appellants.

*Edwin R. Wolff* and *Daniel A. Shirk* for Thomas Darlington et al., defendants.

*William C. Chanler, Corporation Counsel (William S. Gaud Jr.,* and *Davidson Sommers* of counsel), for respondents.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.